IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02156-RPM

ANA RIOS, individually and on behalf of the estate of LUIS RODELAS-ACUNA,

       Plaintiff,

v.

MICHAEL AHRENS and
THE CITY AND COUNTY OF DENVER,

       Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

      The Court having determined that this case is now ready to be reset for a pretrial conference, it is

      ORDERED that a pretrial conference is scheduled for **March 30, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **March 22, 2007.**

      Dated: February 22nd, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior District Judge