# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02156-RPM

ANA RIOS individually and on behalf
of the estate of LUIS RODELAS-ACUNA

    Plaintiff,

v.

MICHAEL AHRENS and THE CITY AND
COUNTY OF DENVER

    Defendants.

_____

# ORDER
_____

THIS MATTER, having come before the Court on Defendants' Motion to Dismiss, and the Court, having considered said motion, finds that the motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, **ORDERED** that this case is dismissed in its entirety with prejudice. All parties are to bear their own fees and costs.

SO ORDERED, this 5th day of March, 2007.

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge